

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING         08 CIV. 5776
INDUSTRY INSURANCE AND ANNUITY FUNDS,

                            Plaintiffs,             Index No.:

                                                    RULE 7.1
            -against-

ACCLAIM ACOUSTICS INC.,                             JUDGE KARAS

                            Defendant.
------------------------------------------------------------x
```

Pursuant to Rule 7.1 of the General Rules of the Southern District of New York and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of that party.

None

Dated: June 25, 2008

_____
Dana L. Henke, Esq. (DLH3025)