## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 08 CIV 5776                                                       Purchased/Filed: June 26, 2008
STATE OF NEW YORK    UNITED STATES DISTRICT COURT                         SOUTHERN DISTRICT

*Trustees of The District Council 9 Painting Industry Insurance And Annuity Funds*    Plaintiff

against

*Acclaim Acoustics Inc.*    Defendant

STATE OF NEW YORK
COUNTY OF ALBANY    SS.:

_____Jessica Miller_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ___June 30, 2008___, at ___2:00pm___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons in a Civil Action, Rule 7.1 and Complaint on

___Acclaim Acoustics Inc.___, the Defendant in this action, by delivering to and leaving with ___Chad Matice___, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section ___306 Business Corporation Law___.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: __28__  Approx. Wt: __200__  Approx. Ht: __6'0"__
Color of skin: __White__  Hair color: __Brown__  Sex: __M__  Other: _____

Sworn to before me on this
__2nd__ day of _____July, 2008_____

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4866570, Qualified in Albany County
Commission Expires June 15, 2011

Jessica Miller

Invoice-Work Order # SP0806294

SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179