UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING )
INDUSTRY INSURANCE AND ANNUITY FUNDS,    )    Index No.: 08-CIV-5776 (KMK)
                                          )
                    Plaintiffs,           )    REQUEST FOR ENTRY OF
    -against-                             )    DEFAULT JUDGMENT
                                          )
ACCLAIM ACOUSTICS INC.,                   )
                                          )
                    Defendant.            )
                                          )

---

TO:   Clerk of the United States District Court for the
      Southern District of New York

Pursuant to the Affidavit for Entry of Default Judgment attached hereto, Defendant, Acclaim Acoustics Inc. having failed to appear or answer the Summons and Complaint, you are requested to enter a Default Judgment in favor of Plaintiffs, Trustees of the District Council 9 Painting Industry Insurance and Annuity Funds and against the Defendant, Acclaim Acoustics Inc. in the sum of $38,017.71, which includes contributions, interest, liquidated damages, attorneys' fees, auditors' fees, court costs and disbursements.

Dated: Elmsford, New York
       July 31, 2008

                                    _____
                                    Dana L. Henke, Esq. (DLH3025)
                                    BARNES, IACCARINO, VIRGINIA,
                                    AMBINDER & SHEPHERD, PLLC
                                    Attorneys for Plaintiff
                                    258 Saw Mill River Road
                                    Elmsford, New York 10523
                                    (914) 592-1515